# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>DAVID NEFF<br>MELISSA NEFF | CASE NO: 06-30841<br>(Chapter 13) |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050587**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 17 | DENICOLA & CO<br>MIAMI JACOBS<br>36 EAST SEVENTH STREET<br>CINCINNATI, OH  45202 | 31.96 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/17/2010

Certificate of Service                                06-30841

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DAVID NEFF                          NICHOLAS A ZINGARELLI         (40.1n)
MELISSA NEFF                        810 SYCAMORE ST              AMC MTGE SVCS FOR AMERIQUEST
2208 RECTOR AVENUE                  3RD FLOOR                    % BUCHALTER NEMER
DAYTON, OH  45414                   CINCINNATI, OH  45202        18400 VON KARMAN AVE  STE 800
                                                                 IRVINE, CA  92612

(1041.1n)                           (17.1)                       (1042.1n)
AMERICAN HOME MORTGAGE              DENICOLA & CO                Jefferson Capital Systems
BOX 631730                          MIAMI JACOBS                 PO Box 7999
IRVING, TX  75063                   36 EAST SEVENTH STREET       Saint Cloud, MN  56302-9617
                                    CINCINNATI, OH  45202

(31.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

Jeffrey M. Kellner BY        _____/s/ Jeffrey M. Kellner_____        sv

0630841_42_20101217_1121_278/T317_sv
###