UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30841 |
|---|---|
| DAVID NEFF | (Chapter 13) |
| MELISSA NEFF | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055436**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 24 | SAMARITAN EMERGENCY CORP<br>% NCO FINANCIAL SYSTEMS INC<br>BOX 41567<br>PHILADELPHIA, PA  19101 | 1.68 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/4/2011

Certificate of Service 06-30841

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

DAVID NEFF
MELISSA NEFF
2208 RECTOR AVENUE
DAYTON, OH 45414

NICHOLAS A ZINGARELLI
810 SYCAMORE ST
3RD FLOOR
CINCINNATI, OH 45202

(40.1n)
AMC MTGE SVCS FOR AMERIQUEST
% BUCHALTER NEMER
18400 VON KARMAN AVE STE 800
IRVINE, CA 92612

(1041.1n)
AMERICAN HOME MORTGAGE
BOX 631730
IRVING, TX 75063

(1042.1n)
Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN 56302-9617

(31.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA 95696

(24.1)
SAMARITAN EMERGENCY CORP
% NCO FINANCIAL SYSTEMS INC
BOX 41567
PHILADELPHIA, PA 19101

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                    sv